# EXHIBIT A

Paid in Full Invoices for Transcripts Necessarily Obtained for Use in the Case

# I N V O I C E

McCorkle Litigation Services, Inc.
200 North LaSalle Street
Suite 2900
Chicago, IL  60601
Phone:800-622-6755   Fax:312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 593116 | 3/27/2015 | 515150 |
| Job Date | Case No. | |
| 3/25/2015 | 14-6515 | |
| Case Name | | |
| Dore, Linda vs. Five Lakes Agency | | |
| Payment Terms | | |
| Net 30 | | |

Nicole Strickler
Messer & Stilp
166 West Washington Street
Suite 300
Chicago, IL  60602

ORIGINAL TRANSCRIPT IN E-TRAN FORMAT OF:

| | | | | |
|---|---|---|---|---|
| Linda Dore | 76.00 Pages | @ | 3.45 | 262.20 |
| Two Day Delivery | | | | 102.60 |
| Appearance: 2 Hour Minimum | | | 80.00 | 80.00 |
| Original Exhibits Attached | | | 0.00 | 0.00 |
| Delivery & Handling | | | 7.50 | 7.50 |
| **TOTAL DUE >>>** | | | | **$452.30** |

E-tran sent 03/27/2015.
Thank you.  We appreciate your business.
Transcript files posted in our repository at McDeps.com

**Please note our suite has changed to 2900**
**1.5% Service charge will be added to any unpaid balance after 30 days**

| | |
|---|---|
| (-) Payments/Credits: | 452.30 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 0.00 |

**Tax ID:** 362799976

*Please detach bottom portion and return with payment.*

Nicole Strickler
Messer & Stilp
166 West Washington Street
Suite 300
Chicago, IL  60602

Job No.      : 515150        BU ID     : MCC-MAIN
Case No.     : 14-6515
Case Name    : Dore, Linda vs. Five Lakes Agency

Invoice No.  : 593116        Invoice Date : 3/27/2015
**Total Due** : **$0.00**

Remit To:  **McCorkle Litigation Services, Inc.**
           **200 North LaSalle Street**
           **Suite 2900**
           **Chicago, IL  60601**

**PAYMENT WITH CREDIT CARD**          AMEX  MasterCard  VISA

Cardholder's Name:_____
Card Number:_____
Exp. Date:_____       Phone#:_____
Billing Address:_____
Zip:_____    Card Security Code:_____
Amount to Charge:_____
Cardholder's Signature:_____





# Invoice

| Date | Invoice #: |
|---|---|
| 4/14/2015 | 81337 |

**Bill To:**
MESSER, STILP & STRICKLER, LTD
Nicole Strickler, Esq.
166 W. Washington, Suite 300
Chicago, IL 60602
Phone: 312-334-3442

**Action:**
Linda Dore vs. Five Lakes Agency, Inc.
14-cv-06515

*Handwritten notes:* #8616 Christine Stilp @ Messer Stilp is putting in Mail

*Stamps:* PAST DUE 6/10/15 PLEASE REMIT — RECEIVED 7/20/15 — paid in full 7/20/15

| Job #: | File #: | Rep | Job Date | Ship Date | Via | Terms |
|---|---|---|---|---|---|---|
| 121122 | | JG | 3/19/2015 | 3/31/2015 | Email | Due on receipt |

| Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Kelly Bean | Copy (Electronic) | Pages | 100.00 | 210.00 |
| | Exhibits Color/B&W | Pages | 39.00 | 13.65 |
| Todd Williams | Copy (Electronic) | Pages | 38.00 | 79.80 |
| | Exhibits Color/B&W | Pages | 17.00 | 5.95 |
| Cynthia McGee | Copy (Electronic) | Pages | 43.00 | 90.30 |
| | Exhibits Color/B&W | Pages | 17.00 | 5.95 |

Thank you for your business.

**Total** $405.65

| Phone # | Fax # | E-mail | Web Site | |
|---|---|---|---|---|
| 855.267.3548 or 248.809.3816 | 248.262.7039 | deps@corelitigation.c... | www.corelitigation.com | Federal Tax ID.: 27-5456265 |